UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

Eastern Division

In re: TYRONE HATTER
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

Case No. 04-37257
Chapter 13

## APPLICATION TO PAY FILING FEES IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ _____ 194.00 in installments.

2. I certify that I am unable to pay the filing fee except in installments.

3. I further certify that I have not paid any money or transferred any property to an attorney for services in connection with this case and that I will neither make any payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4. I propose the following terms for the payment of the filing fee.*

| $ | Check one | | |
|---|---|---|---|
| 65.00 | | ☑ | With the filing of the petition, or |
| | | ☐ | On or before _____ |
| $ 43.00 | on or before | 11/05/2004 | |
| $ 43.00 | on or before | 12/07/2004 | 12/2/04 |
| $ 43.00 | on or before | 01/07/2005 | 1/3/05 |

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay an installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____ 10/6/04      _____ 10/6/04
Signature of Attorney       Date           Signature of Debtor         Date

Thaddeus L. Wilson, 6226383
Name of Attorney

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
OCT 0 7 2004
KENNETH S GARDNER, CLERK
PS REP. - KG

UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

Eastern Division

In re: **TYRONE HATTER**
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

Case No. _____
Chapter **13**

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor shall not pay any money for services in connection with this case, and the debtor shall not relinquish any property as payment for services in connection with this case.

BY THE COURT

KENNETH S. GARDNER
Clerk, U.S. Bankruptcy Court

Date: **OCT 07 2004**

_United States Bankruptcy Judge_