IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hatter, Tyrone

Printed: 10/29/08

Case Number: 04 B 37257
Judge: Wedoff, Eugene R
Filed: 10/7/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: August 1, 2008
Confirmed: January 6, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 43,737.00 |  |
| Secured: |  | 7,987.30 |
| Unsecured: |  | 6,924.41 |
| Priority: |  | 19,337.70 |
| Administrative: |  | 2,829.00 |
| Trustee Fee: |  | 1,981.59 |
| Other Funds: |  | 4,677.00 |
| Totals: | 43,737.00 | 43,737.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Brookins & Wilson | Administrative | 2,829.00 | 2,829.00 |
| 2. | Centex Home Equity | Secured | 0.00 | 0.00 |
| 3. | Centex Home Equity | Secured | 21,254.64 | 1,220.79 |
| 4. | Cook County Treasurer | Secured | 500.00 | 197.56 |
| 5. | Drive Financial Services | Secured | 6,081.95 | 6,081.95 |
| 6. | Citistreet | Secured | 487.00 | 487.00 |
| 7. | Internal Revenue Service | Priority | 19,337.70 | 19,337.70 |
| 8. | Centex Home Equity | Unsecured | 650.00 | 451.25 |
| 9. | Centex Home Equity | Unsecured | 200.00 | 139.00 |
| 10. | Internal Revenue Service | Unsecured | 1,469.36 | 2,895.09 |
| 11. | Cook County Treasurer | Unsecured | 170.73 | 0.00 |
| 12. | Drive Financial Services | Unsecured | 302.42 | 595.88 |
| 13. | Fairlane Credit L.L.C. | Unsecured | 1,241.18 | 2,445.50 |
| 14. | Peoples Energy Corp | Unsecured | 154.81 | 0.00 |
| 15. | Ronald B Lorsch Esq | Unsecured | 201.84 | 397.69 |
| 16. | City Of Chicago | Unsecured |  | No Claim Filed |
|  |  |  | $ 54,880.63 | $ 37,078.41 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Hatter, Tyrone

Printed: 10/29/08

Case Number:  04 B 37257
Judge:  Wedoff, Eugene R
Filed:  10/7/04

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 198.22 |
| 4% | 129.97 |
| 3% | 93.15 |
| 5.5% | 408.35 |
| 5% | 162.82 |
| 4.8% | 312.52 |
| 5.4% | 676.56 |
|  | $ 1,981.59 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

